STANISLAW GERYK *v.* ATLANTIC RICHFIELD
COMPANY ET AL.

EDMUND LULEWICZ *v.* THOMAS P. ROY ET AL.

The plaintiff Edmund Lulewicz's petition for certification for appeal from the Appellate Court, 19 Conn. App. 585, is denied.

*William F. Gallagher,* in support of the petition.

*Joseph B. Curran,* in opposition.

Decided October 12, 1989

---

STATE OF CONNECTICUT *v.* RICHARD LAMME

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 594, is granted, limited to the following issue:

"What standard governs the determination of whether the detention of a criminal defendant is 'clearly warranted' under article first, § 9, of the Connecticut constitution?"

*James J. Ruane,* in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided October 12, 1989

---

STATE OF CONNECTICUT *v.* ANTHONY HAWKINS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 19 Conn. App. 609, is denied.

*Jacqueline J. Footman,* deputy assistant state's attorney, in support of the petition.

*Christopher M. Cosgrove,* assistant public defender, in opposition.

Decided October 12, 1989